UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                 :

IN RE APPLICATION OF CE LINE ONE        :       23-MC-461 (JMF)
CORPORATION LIMITED FOR AN ORDER    :
SEEKING DISCOVERY PURSUANT TO          :
28 U.S.C. § 1782                                        :             ORDER
                                                 :
-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

         On July 16, 2025, a motion by Jonathan Charles Goldstein and Jonathan C. Goldstein P.C. to quash was docketed. *See* ECF No. 13. Any opposition to that motion shall be filed by **August 6, 2025**, and shall not exceed twenty-five pages. Any reply shall be filed by **August 20, 2025**, and shall not exceed ten pages.

         Movants, as *pro se* parties, are encouraged to consent to electronic service via ECF as it would ensure that they receive documents in its case promptly by email instead of by regular mail. The consent form, along with instructions on how to fill it out, can be found at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases. Unless and until a *pro se* party consents to receive electronic service, however, counsel are required to serve that *pro se* party with copies of documents filed with the Court and to file affidavits of such service with the Court thereafter.

         The Clerk of Court is directed to mail this order to Movants at 66 Madison Avenue, Apt. 6H, New York, NY 10016 and to add that address to the docket.

         SO ORDERED.

Dated: July 17, 2025
        New York, New York
                                                          _____
                                                                   JESSE M. FURMAN
                                                                United States District Judge